UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-21194-CIV-MORENO

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

    Plaintiff,

vs.

KATHY MITLO, DEWEY DEMETRIO, JR., and
GARY ALVAREZ,

    Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

On the date of this Order, all parties to the above styled action **failed to appear** at the Status Hearing, scheduled as per the direction of the Order Setting Status Hearing (**D.E. No. 98**), filed on **April 10, 2014**, which set the Status Hearing for April 22, 2014 at 2:00 P.M.

Notice of the hearing was electronically available to each party and all counsel via PACER and CM-ECF. The Clerk of Court provided electronic notice of all filings on the docket to admitted counsel of record, and hard copies of the notice were mailed to the addresses of Robyn Sztyndor, Robert Degroot, Stephen Cuyler, Jo Ann Burk, and *pro se* Plaintiff Dewey Demetro, Jr. Despite the myriad forms of notice, no parties or their representative counsel appeared before the Court for the Status Hearing. In addition, attorneys Robert Degroot, Stephen Cuyler, Jo Ann Burk have failed to file for *pro hac vice* admission to the Southern District of Florida, despite the letters sent to these attorneys by the Clerk of Court, Steve Larimore, and despite the Orders Directing Filing of Pro Hac Vice Admission (**D.E. No. 99; D.E. No. 100**), instructing each of these attorneys to file for *pro hac vice* admission. It is thereby

**ADJUDGED** that this case is DISMISSED without prejudice. The Clerk of Court shall mark this case as CLOSED and DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record

Kathy Mitlo
3420 NE 104th Street
North Miami Beach 33160

Gary Alvarez
3420 NE 164th Street
North Miami Beach, FL 33160

Dewey Demetrio, Jr.
3017 NE 21st Terrace
Fort Lauderdale, FL 33306

Stephen D. Cuyler
Jo Ann Burk
Four Century Drive
Parsippany, NJ 07054

Robert Degroot
56 Park Place
Neward, NJ 07102

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-21194-CIV-MORENO

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

    Plaintiff,

vs.

KATHY MITLO, DEWEY DEMETRIO, JR., and
GARY ALVAREZ,

    Defendants.
_____/

### ORDER SETTING STATUS HEARING

THIS CAUSE came before the Court upon the Order transferring the abovementioned case into the Southern District of Florida from the District of New Jersey (**D.E. No. 93**), filed on **April 2, 2014**. It is

**ADJUDGED** that a status hearing shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **Tuesday, April 22, at 2:00 P.M**. Counsel shall be prepared to address all pending matters. All parties who are not represented by counsel must appear.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of April, 2014.

                                                      FEDERICO A. MORENO
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record

Kathy Mitlo
3420 NE 104th Street
North Miami Beach 33160

Gary Alvarez
3420 NE 164th Street
North Miami Beach, FL 33160

Dewey Demetrio, Jr.
3017 NE 21st Terrace
Fort Lauderdale, FL 33306

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue, Suite 8N09
Miami, Florida 33128-7716
(305) 523-5100

April 9, 2014

Stephen D. Cuyler, Esq.
Jo Ann Burk, Esq.
D'Arcambal, Ousley & Cuyler, Burk, LLP
Four Century Drive
Parsippany, NJ 07054-4663

Dear Counsel:

    As you know, your names appear on the service list of a document filed with this Court in Case #14-21194-CIV-Moreno. Our records, however, indicate that you are not members of the Southern District of Florida Bar. Pursuant to Local Rule 4(b) of the *Special Rules Governing the Admission and Practice of Attorneys*, only members of the Bar of this District may appear as attorneys in this Court except when appearance pro hac vice is permitted by the Court.

    In order to appear and participate in a particular case in this Court, you must be an attorney who is a member in good standing of the bar of any United States Court, or of the highest Court of any State or Territory or Insular Possession of the United States. You are then required to file a written application, filed by counsel admitted to practice in this District, requesting permission to appear and participate in a particular case. A certification that you have studied this Court's Local Rules shall accompany the application. If permission to appear pro hac vice is granted, such appearance shall not constitute formal admission or authorize you to file documents via CM/ECF.

    The Rule also requires that the application designate a member of the Bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to act as local counsel with whom the Court and opposing counsel may readily communicate, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. The Rule further requires that the application be accompanied by a written statement from local counsel consenting to the designation, and the address and telephone number of local counsel.

    An attorney who is granted a pro hac vice appearance will **not** be permitted to register as a CM/ECF User in this District, but may access the electronic record through the PACER System (see Section 7B of the Administrative Procedures on our website [www.flsd.uscourts.gov]). **With the exception of the original application, attorneys so admitted will be required to**

---

*"It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice."*

**electronically file all documents through their local counsel.** An application to appear pro hac vice must be filed in the conventional manner along with the applicable filing fee. Although attorneys granted pro hac vice appearance will not be permitted to **file** electronically, they will be able to electronically **receive** Notices of Electronic Filing. Such requests should be included in your application to appear pro hac vice and in the accompanying proposed order. The e-mail address for the attorney(s) seeking admission must be provided in both the motion and proposed order in order to receive electronic notices.

Administrative Order 96-61 provides that an admissions fee of $75.00 is to be paid by every attorney petitioning the Court to appear and participate in a particular case under Rule 4(b). The fee should be paid by check made payable to "U.S. Courts" and accompanied by your motion and certification.

A form motion for appearance pro hac vice can be downloaded from our website at www.flsd.uscourts.gov, or by contacting this office. If you have any questions, you may contact Attorney Admissions at (305) 523-5265 or the CM/ECF Help Desk at (888) 318-2260.

Sincerely,

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

by:   s/Karen Saavedra
      Attorney Admissions

c:   United States District Judge Moreno
     File

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Robyn Lynn Sztyndor (rls409@nyu.edu), Chief Judge Federico A. Moreno (moreno@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<12442223@flsd.uscourts.gov>
Subject:Activity in Case 1:14-cv-21194-FAM THE PRUDENTIAL INSURANCE COMPANY OF AMERICA v. DEMETRO et al Order Setting Status Confere
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case
```

U.S. District Court

Southern District of Florida

Notice of Electronic Filing

The following transaction was entered on 4/10/2014 10:36 AM EDT and filed on 4/10/2014

Case Name: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA v. DEMETRO et al
Case Number: 1:14-cv-21194-FAM  https://ecf.flsd.uscourts.gov/cgi-bin/DktRpt.pl?439033

Filer:

Document Number: 98

Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.flsd.uscourts.gov/doc1/051113466343?caseid=439033&de_seq_num=280&magic_num=MAGIC

Docket Text:
ORDER Setting Status Hearing Status Hearing set for 4/22/2014 02:00 PM in Miami Division before Chief Judge Federico A. Moreno. Signed by Chief Judge Federico A. Moreno on 4/9/2014. (bnt)

1:14-cv-21194-FAM Notice has been electronically mailed to:
Robyn       Lynn Sztyndor      rls409@nyu.edu

1:14-cv-21194-FAM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:
Benjamin       David Morgan

Archer & Greiner, PC
One Centennial Square
Haddonfield, NJ 08033

DEWEY DEMETRO, JR
3017 NE 21ST TERRACE
FORT LAUDERDALE, FL 33306

Ellis        I. Medoway

Archer & Greiner, PC
One Centinnial Square
Haddonfield, NJ 08033

Jo           Ann Burk

D'Arcambal Ousley & Cuyler Burk, LLP
Four Center Drive
Parsippany, NJ 07054

Robert       J. Degroot

56 Park Place
Newark, NJ 07102

Stephen      D. Cuyler

D'Arcambal Ousley & Cuyler Burk, LLP
Parsippany Corporate Center

```
Four Center Drive
Parsippany, NJ 07054-4663
```

```
The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1105629215 [Date=4/10/2014] [FileNumber=12442222-0]
[8b5824d00f5586de919caa5a4eed9a58998e3e441113a013a1aa77cd775496f7ff0a1e528650394bae0717b329cbf3c795a058942ee4ab3799e206e34bd8c1b1]]
```

| | | | |
|---|---|---|---|
| 04/03/2014 | 95 | | Judge Assignment to Chief Judge Federico A. Moreno (vjk) (Entered: 04/03/2014) |
| 04/03/2014 | | | (Court only) ***Staff notes: Email sent to Attorney Admissions regarding adding out-of-district attorneys to this case. (vjk) (Entered: 04/03/2014) |
| 04/03/2014 | | | (Court only) ***Attorneys Stephen D. Cuyler, Jo Ann Burk for The Prudential Insurance Company of America, Stephen D. Cuyler, Jo Ann Burk for The Prudential Insurance Company of America added (ksa) (Entered: 04/08/2014) |
| 04/03/2014 | | | (Court only) ***Attorneys Benjamin David Morgan, Ellis I. Medoway for NANCY DEMETRO added (ksa) (Entered: 04/08/2014) |
| 04/03/2014 | | | (Court only) ***Attorney Robert J. Degroot for Gary Alvarez, Robert J. Degroot for Gary Alvarez, Robert J. Degroot for Gary Alvarez, Robert J. Degroot for KATHY MITLO, Robert J. Degroot for KATHY MITLO, Robert J. Degroot for KATHY MITLO added (ksa) (Entered: 04/08/2014) |
| 04/09/2014 | 96 | | Bar Letter re: Admissions sent to attorney Stephen D. Cuyler and Jo Ann Burk, mailing date April 9, 2014. (ksa) (Entered: 04/09/2014) |
| 04/09/2014 | 97 | | Bar Letter re: Admissions sent to attorneys Benjamin David Morgan and Ellis I. Medoway, mailing date April 9, 2014. (ksa) (Entered: 04/09/2014) |
| 04/10/2014 | 98 | | ORDER Setting Status Hearing Status Hearing set for 4/22/2014 02:00 PM in Miami Division before Chief Judge Federico A. Moreno. Signed by Chief Judge Federico A. Moreno on 4/9/2014. (bnt) (Entered: 04/10/2014) |
| 04/21/2014 | 99 | | Order Directing Filing of Pro Hac Vice Admission Signed by Chief Judge Federico A. Moreno on 4/17/2014. (bnt) (Entered: 04/21/2014) |
| 04/21/2014 | 100 | | Order Directing Attorneys to File Pro Hac Vice Motions Signed by Chief Judge Federico A. Moreno on 4/17/2014. (bnt) (Entered: 04/21/2014) |

View Selected

or

Download Selected