UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-21194-CIV-MORENO

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

    Plaintiff,

vs.

KATHY MITLO, DEWEY DEMETRIO, JR., and
GARY ALVAREZ,

    Defendants.

## ORDER DENYING MOTION TO VACATE

THIS CAUSE came before the Court upon a review of Plaintiff's Motion to Vacate Dismissal and Incorporated Memorandum of Law In Support (**D.E. 102**), filed on **July 15, 2014.**

THE COURT notes that Plaintiffs failed to appear, as required, at the Status Hearing on this matter on April 22, 2014, causing confusion for the Court and dismissal of this action. Plaintiff attempts to argue that the Order of Dismissal should be vacated because Plaintiffs were not "warned" of the consequences for failure to appear at the Status Hearing. In Motion, Plaintiff relies on the proposition that dismissal with prejudice is a drastic remedy to be wielded by the trial court only when a party engages in a "clear pattern of delay or willful contempt" and when "the district court specifically finds that lesser sanctions would not suffice." (Pl.'s Motion., Doc. 102, at 3). Plaintiff attempts to invoke *World Thrust Films, Inc. v. Int'l Family Entm't*, 41 F.3d 1454, 1456 (11th Cir.1995), to support his claim. THE COURT advises Plaintiff that *WorldThrust* is not on point. Here, the Court granted dismissal *without prejudice*, and moreover, did not do so as a sanction for delay or contempt by Plaintiff. The Court held a Status Hearing to which no party gave attendance or reason for absence, leading this Court to enter dismissal without prejudice. It is therefore

**ADJUDGED** that Plaintiff's Motion is DENIED. Plaintiff, of course, may feel free to refile the case, as it was dismissed without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of July, 2014.

                                                         FEDERICO A. MORENO
                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record
Jo Ann Burk
Stephen D. Cuyler
Four Center Drive
Parsippany, NJ 07054